# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 27, 2010

140592

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

JAMES HARKEN,
        Plaintiff-Appellant,

v

        SC: 140592
        COA: 287490
        Ingham CC: 08-000845-CZ

GENERAL MOTORS CORPORATION,
        Defendant,
and

CONTROL SYSTEM INTEGRATORS, INC.,
        Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the November 24, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 27, 2010                             _____

0419                                        Clerk